## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

---

CORY GROSHEK,
And all others, similarly situated,

        Plaintiffs,

vs.  Case No.: 15-cv-143-jdp

GREAT LAKES HIGHER EDUCATION
CORPORATION,
        Defendant.

---

## PLAINTIFF'S NOTICE OF APPEAL

---

Notice is given that the Plaintiff Cory Groshek, appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on October 4, 2016.

Dated and signed this 19th day of October, 2016 in Madison, Wisconsin.

        s/ *Michael J. Modl*
        Michael J. Modl
        AXLEY BRYNELSON, LLP
        2 E. Mifflin Street, Suite 200
        Madison, WI 53703
        Tel: (608) 257-5661
        Fax: (608) 257-5444
        mmodl@axley.com

        s/ *Heath P. Straka*
        Heath P. Straka
        Robert J. Gingras
        GINGRAS, CATES & LUEBKE
        8150 Excelsior Drive
        Madison, WI 53717
        Tel: (608) 833-2632
        Fax: (608) 833- 2874
        straka@gcllawyers.com
        gingras@gcllawyers.com